UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LARRY STOLZ AS PERSONAL REPRESENTATIVE OF THE ESTATE OF EDNA WENZEL; AND JEAN ANDAL, on her own behalf,** | ) ) ) ) | File No. Civ. 10-4047 |
| Plaintiffs, | ) ) | **PLAINTIFFS' MOTION TO CONSOLIDATE FOR PURPOSES OF** |
| v. | ) ) | **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION** |
| **Ability Insurance Company, f/k/a Medico Life Insurance Company, Ability Resources, Inc., Ability Reinsurance Holdings Limited,** a Bermuda Limited Company, **Ability Reinsurance Limited,** a Bermuda Limited Company, and **Medico Insurance Company.** | ) ) ) ) ) ) ) ) ) | **IN LIMINE REGARDING CONTRACT INTERPRETATION ISSUES** |
| Defendants. | ) | |
| **MABEL de JONGE,** | ) | File No. Civ. 10-4088 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **Ability Insurance Company, f/k/a Medico Life Insurance Company, Ability Resources, Inc., Ability Reinsurance Holdings Limited,** a Bermuda Limited Company, **Ability Reinsurance Limited,** a Bermuda Limited Company, and **Medico Insurance Company.** | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

1

COMES NOW the Plaintiffs above named, by and through their attorney Mike Abourezk, and pursuant to Fed. R. Civ. P. 42(a), hereby move the Court for an order consolidating Plaintiffs' Motions for Partial Summary Judgment and Motion *in Limine* Regarding Contract Interpretation Issues in the above entitled actions.

The grounds for this motion are more fully set forth in Plaintiffs' Memorandum in Support of Motion to Consolidate Partial Summary Judgment proceedings. Plaintiffs are authorized to state that Defendants do not object, so long as it does not prejudice their rights to object to consolidation of the cases for trial.

Dated this 14 day of April, 2011.

By: /s/ Mike Abourezk
Mike Abourezk
Attorneys for Plaintiff
Post Office Box 9460
2020 W. Omaha St.
Rapid City, South Dakota 57709
(605) 342-0097

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO CONSOLIDATE FOR PURPOSES OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION IN LIMINE REGARDING CONTRACT INTERPRETATION ISSUES,** by electronic filing with the Clerk of Court's upon Defendants:

>Mr. Gregory J. Erlandson
>Mr. Terry Westergaard
>Mr. Dan Duffy
>Bangs, McCullen, Butler, Foye & Simmons
>P.O. Box 2670
>Rapid City, SD 57709-2670

on this _14_ day of April, 2011.

*/s/ Mike Abourezk*
Mike Abourezk
Attorneys for Plaintiff
Post Office Box 9460
Rapid City, South Dakota 57709
(605) 342-0097 Ph.
(605) 342-5170 Fax
mike@abourezk.com