UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MABEL de JONGE, | ) | File No. Civ. 10-4088 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | PLAINTIFFS' MOTION FOR JOINDER |
| Ability Insurance Company, f/k/a | ) | |
| Medico Life Insurance Company, | ) | |
| Ability Resources, Inc., | ) | |
| Ability Reinsurance Holdings Limited, | ) | |
| a Bermuda Limited Company, Ability | ) | |
| Reinsurance Limited, a Bermuda | ) | |
| Limited Company, and Medico | ) | |
| Insurance Company. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

COMES NOW the Plaintiff, by and through her attorney Mike Abourezk, and pursuant to Fed. R. Civ. P. 42(a), hereby moves the Court for an order joining Plaintiff's present action with corresponding cases separately filed in *Larry Stolz as Personal Representative of the Estate of Edna Wenzel; and Jean Andal, on her own behalf*, vs. *Ability Insurance Company, f/k/a Medico Life Insurance Company, Ability Resources, Inc., Ability Reinsurance Holdings Limited, a Bermuda Limited Company, Ability Reinsurance Limited, a Bermuda Limited Company, and Medico Insurance Company*, CIV. No. 10:4047.

1

The grounds for this motion are more fully set forth in Plaintiffs' Memorandum in Support of Motion for Joinder.

Dated this __19__ day of August, 2011.

By: ___[signature]___
Mike Abourezk
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR JOINDER,** by electronic filing with the Clerk of Court's upon Defendants:

>Mr. Gregory J. Erlandson
>Mr. Terry Westergaard
>Mr. Dan Duffy
>Bangs, McCullen, Butler, Foye & Simmons
>P.O. Box 2670
>Rapid City, SD 57709-2670

on this __19__ day of August, 2011.

___[signature]___
Mike Abourezk
Attorneys for Plaintiff
Post Office Box 9460
Rapid City, South Dakota 57709
(605) 342-0097 Ph.
(605) 342-5170 Fax
mike@abourezk.com